# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5363**                      **September Term, 2025**

1:24-cv-01982-RC

**Filed On: October 15, 2025** [2140213]

Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education,

        Appellants

     v.

United States Department of Education, et al.,

        Appellees

**O R D E R**

     The notice of appeal was filed on October 10, 2025, and docketed in this court on October 15, 2025. It is, on the court's own motion,

     **ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 14, 2025 |
| Docketing Statement Form | November 14, 2025 |
| Entry of Appearance Form (Attorneys Only) | November 14, 2025 |
| Procedural Motions, if any | November 14, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 14, 2025 |
| Statement of Issues to be Raised | November 14, 2025 |
| Transcript Status Report | November 14, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | November 14, 2025 |
| Dispositive Motions, if any | December 1, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5363**                                                   **September Term, 2025**

It is

      **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 14, 2025 |
| Entry of Appearance Form (Attorneys Only) | November 14, 2025 |
| Procedural Motions, if any | November 14, 2025 |
| Dispositive Motions, if any | December 1, 2025 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                    **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                           BY:    /s/
                                     Laura M. Morgan
                                     Deputy Clerk

The following forms and notices are available on the Court's website:

      Civil Docketing Statement Form
      Entry of Appearance Form
      Transcript Status Report Form
      Request to Enter Appellate Mediation Program (Optional)
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases (Optional)