# In the United States Court of Appeals for the District of Columbia Circuit

No. 25-5363

LOUIS D. BRANDEIS CENTER, INC. AND
JEWISH AMERICANS FOR FAIRNESS IN EDUCATION,
APPELLANTS

*v.*

UNITED STATES DEPARTMENT OF EDUCATION,
LINDA MCMAHON (IN HER OFFICIAL CAPACITY AS
SECRETARY, U.S. DEPARTMENT OF EDUCATION), AND
KIMBERLY RICHEY (IN HER OFFICIAL CAPACITY AS
ASSISTANT SECRETARY, U.S. DEPARTMENT OF EDUCATION),
APPELLEES

**STATEMENT OF THE ISSUES TO BE RAISED**

The issues that appellants intend to raise in this appeal are:

(1) whether the district court erred in holding that the Administrative Procedures Act precludes judicial review of agency action under the "other adequate remedy" exception to judicial review, 5 U.S.C. § 704, where the purported alternate remedy could provide only partial relief and under a more restrictive legal standard;

(2) whether the district court erred in holding that appellants lacked standing to challenge appellees' amendment to their case processing manual; and

(3) whether the district court erred in holding that appellants lacked a cognizable property or liberty interest sufficient to challenge the elimination of a procedure through which to appeal the dismissal of appellants' civil rights complaint.

Respectfully submitted,

/s/ Mitchell D. Webber
MITCHELL D. WEBBER
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
*2001 K Street, N.W.*
*Washington, DC 20006*
*(202) 223-7300*

GREGORY F. LAUFER*
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
*1285 Avenue of the Americas*
*New York, NY 10019*
*(212) 373-3000*

* admission application pending

NOVEMBER 14, 2025