# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5363                                          September Term, 2025

1:24-cv-01982-RC

Filed On: January 5, 2026 [2152910]

Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education,

       Appellants

       v.

United States Department of Education, et al.,

       Appellees

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | March 23, 2026 |
| Appendix | March 23, 2026 |
| Appellees' Brief | April 27, 2026 |
| Appellants' Reply Brief | May 18, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Scott H. Atchue
Deputy Clerk