No. 25-5363

# In the United States Court of Appeals for the District of Columbia Circuit

---

THE LOUIS D. BRANDEIS CENTER, INC., D/B/A THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW, AND JEWISH AMERICANS FOR FAIRNESS IN EDUCATION,
PLAINTIFFS-APPELLANTS,

*v.*

UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, IN HER OFFICIAL CAPACITY AS SECRETARY, UNITED STATES DEPARTMENT OF EDUCATION; KIMBERLY RICHEY, IN HER OFFICIAL CAPACITY AS ASSISTANT SECRETARY, UNITED STATES DEPARTMENT OF EDUCATION;
DEFENDANTS-APPELLEES.

---

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (CIV. NO. 24-1982)*
*(THE HONORABLE RUDOLPH CONTRERAS, J.)*

---

**CONSENT MOTION TO CONTINUE ORAL ARGUMENT**

---

MITCHELL D. WEBBER
ANDREW J. TOPAL
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
*2001 K Street, NW*
*Washington, DC 20006*

GREGORY F. LAUFER
ROBERT N. KRAVITZ
KATHLEEN H. PIERRE
NOAH N. COHEN
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
*1285 Avenue of the Americas*
*New York, NY 10019*
*(212) 373-3000*
*glaufer@paulweiss.com*

Pursuant to Federal Rule of Appellate Procedure 34(b) and D.C. Circuit Rule 34(g), appellants Louis D. Brandeis Center and Jewish Americans for Fairness in Education move that the oral argument scheduled for November 6, 2026, in the above-captioned matter be continued so that the parties can pursue settlement negotiations. Counsel for appellants have conferred with counsel for appellees, who consent to this request.

On November 2, 2026, counsel for appellees approached counsel for appellants about a possible resolution of the matter. The parties conferred on November 3, 2026, and agreed to submit this joint motion to the Court in order to permit time to pursue settlement discussions. The parties believe that appellees' proposal offers the parties a meaningful opportunity to reach a mutually acceptable resolution of this matter. Therefore, extraordinary cause exists for continuance. *See* Circuit Rule 34(g).

To preserve judicial resources, we request that oral argument be rescheduled 90 days or more after the original argument date of November 6, 2026. Should a settlement be reached, the parties will promptly inform the Court.

Accordingly, with appellees' consent, appellants respectfully request that the motion to continue oral argument be granted.

Date: November 3, 2026 Respectfully submitted,

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

BY: /s/ Gregory F. Laufer
GREGORY F. LAUFER
ROBERT N. KRAVITZ
KATHLEEN H. PIERRE
NOAH N. COHEN
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
glaufer@paulweiss.com
rkravitz@paulweiss.com
kpierre@paulweiss.com
ncohen@paulweiss.com

MITCHELL D. WEBBER (D.C. BAR # 1024005)
ANDREW J. TOPAL (D.C. BAR # 1659154)
2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300
mwebber@paulweiss.com
atopal@paulweiss.com

*Attorneys for Plaintiffs The Louis D. Brandeis Center, Inc., d/b/a The Louis D. Brandeis Center for Human Rights Under Law, and Jewish Americans for Fairness in Education*

## CERTIFICATE OF COMPLIANCE WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I hereby certify, pursuant to Federal Rules of Appellate Procedure 27(d)(1)(E) and (d)(2)(A), 32(a)(5), and 32(a)(6) that the foregoing Consent Motion to Continue Oral Argument is proportionately spaced, has a typeface of 14 points or more, and contains 190 words. I further certify that the electronic version of this filing was automatically scanned for viruses and found to contain no known viruses.

/s/ Gregory F. Laufer
GREGORY F. LAUFER

NOVEMBER 3, 2026