# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5363** **September Term, 2026**

**1:24-cv-01982-RC**

**Filed On: November 4, 2026** **[2201818]**

Louis D. Brandeis Center, Inc. and Jewish Americans for Fairness in Education,

Appellants

v.

United States Department of Education, et al.,

Appellees

**BEFORE:** Srininvasan, Chief Judge; Childs, Circuit Judge; and Ginsburg, Senior Circuit Judge

**O R D E R**

Upon consideration of appellants' consent motion to continue oral argument, it is

**ORDERED** that the motion be granted, and this case is hereby removed from the November 6, 2026, oral argument calendar and held in abeyance pending further order of the court.

The parties are directed to file a status report by December 4, 2026, and at 30-day intervals thereafter.

The parties are further directed to file motions to govern further proceedings within 30 days of the conclusion of settlement proceedings.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk